UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LODERA PADILLA,<br><br>      Plaintiff(s),<br><br>      vs<br><br>WAL-MART STORES, INC., et al.,<br><br>      Defendant(s). | Case # 2:14-CV-1754-JAD-GWF<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, April 5, 2016,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foely** for a settlement conference.

DATED this 22nd day of June, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE