1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9  LODERA PADILLA,                        Case No.: 2:14-cv-01754-JAD-GWF

10                  Plaintiff,            **STIPULATION AND ORDER FOR**
    v.                                    **DISMISSAL WITH PREJUDICE**
11
   WAL-MART STORES, INC., a Foreign
12 Corporation d/b/a WAL-MART
   SUPERCENTER 3475; DOES I through X; and
13 ROE CORPORATIONS I through X, inclusive,

14          Defendants.

15      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

17 //
18
   //
19
   //
20
   //
21
   //
22
23 //
24
   //
25
   //
26
   //
27
28

- 1 -

party's own costs and attorney's fees.

DATED this 9 day of Dec, 2015.

LAW OFFICES OF STEVEN M. BURRIS

*(signature)*

Steven M. Burris, Esq. #603
2810 W. Charleston Blvd., Ste. F-58
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*Lodera Padilla*

DATED this 9th day of Dec., 2015.

PHILLIPS, SPALLAS & ANGSTADT

*(signature)*

Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are DENIED as moot. The Clerk of the Court is instructed to close this case.

Dated: December 10, 2015.

*(signature)*

UNITED STATES DISTRICT JUDGE